Carl Roehri and Marie Roehri, Copartners, Trading as Federal Die Casting Company, Appellees, v. William Schwalge, Trading as Reclaimo Manufacturing Company, Appellant.

Gen. No. 41,699.

opinion filed February 10, 1942; rehearing denied February 25, 1942. Blake C. Smith, for appellant; Winston, Strawn & Shaw, for appellees; Douglas C. Moir, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."